STATE OF NEW JERSEY v. GREGORY TOWNSEND.

May 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES PATTERSON.

May 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. FELIX ROSELL.

May 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTINE HOLMAN.

May 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILSON MARTINEZ.

May 6, 1986.

Petition for certification denied.